**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**DAVID RAFAEL ANDERSON, SR.**     :     **DOCKET NO. 2:09-cv-0711**

**VS.**     :     **JUDGE MELANCON**

**MICHAEL MUKASEY, ET AL.**     :     **MAGISTRATE JUDGE HILL**

**J U D G M E N T**

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that the Respondents' Motion to Dismiss [Rec.Doc. 21] is **GRANTED** and accordingly, this petition is **DENIED AND DISMISSED WITH PREJUDICE** as moot.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 27th day of August, 2009.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE